UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:15-cr-75-FtM-38MRM

CHRISTOPHER JAMES GILL
_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for a preliminary order of forfeiture for the following property:

a) 12 rounds of 9mm ammunition;

b) A Glock 9mm pistol with magazine, Serial Number AXH464;

c) 23 rounds of 9mm ammunition;

d) An Intratec 9mm Tec 9, Serial Number D036355 with one Intratec Magazine;

e) An FMJ .45 caliber single shot pistol, Serial Number 43029;

f) A Winchester Defender 12 gauge shotgun with pistol grip, Serial Number L3078745;

g) A Remington Apache 77 Rifle .22LR Long Rifle, Serial Number A2381677;

h) A Japanese Type 38 Rifle, 6.5x50 Ariska, Serial Number 70974;

i) A 30/30 Marlin Rifle with scope, 30/30 Winchester caliber, Serial Number MR19485D;

j) 32 rounds of 7.62x39 ammunition; and

      k) An AK-47 Style Assault Rifle, Maadi Co (Egypt), 7.62x39 caliber, Serial Number CM16436.

Being fully advised in the relevant facts, the Court finds as follows:

WHEREAS, the defendant has been found guilty of being a convicted felon in possession of the firearms and ammunition described above, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged in Count One of the Indictment; and

WHEREAS, the United States has established the requisite nexus between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of the firearms and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.  Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearms and ammunition identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**DONE and ORDERED** in Fort Myers, Florida, this 11th day of February, 2016.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record