UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                       Case No. 2:15-cr-75-FtM-38MRM

CHRISTOPHER JAMES GILL
_____

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following firearms and ammunition:

a) 12 rounds of 9mm ammunition;

b) A Glock 9mm pistol with magazine, Serial Number AXH464;

c) 23 rounds of 9mm ammunition;

d) An Intratec 9mm Tec 9, Serial Number D036355 with one Intratec Magazine;

e) An FMJ .45 caliber single shot pistol, Serial Number 43029;

f) A Winchester Defender 12 gauge shotgun with pistol grip, Serial Number L3078745;

g) A Remington Apache 77 Rifle .22LR Long Rifle, Serial Number A2381677;

h) A Japanese Type 38 Rifle, 6.5x50 Ariska, Serial Number 70974;

i) A 30/30 Marlin Rifle with scope, 30/30 Winchester caliber, Serial Number MR19485D;

j) 32 rounds of 7.62x39 ammunition; and

      k) An AK-47 Style Assault Rifle, Maadi Co (Egypt), 7.62x39 caliber, Serial Number CM16436.

On February 11, 2016, the Court entered a Preliminary Order of Forfeiture for the firearms and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Doc. 57.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from February 13, 2016 through March 13, 2016. Doc. 62. The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication. The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n) and due process, the United States properly noticed James Gill, Jennifer Gill, and Danielle Riley, the only individuals known to have a potential interest in the firearms and ammunition. No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' motion is **GRANTED**.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 20th day of April, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Attorneys of Record